# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JENNIFER B., | Civil No. 2:20-cv-01132-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will instruct the administrative law judge to reassess the opinions of record, including those of Seunghyun-Steve Lee, M.D., and Scott D. Weber, M.D., and explain the weight afforded to each of these opinions; reevaluate Plaintiff's symptoms, consistent with 20 C.F.R. § 404.1529 and SSR 16-3p; reassess Plaintiff's residual functional capacity consistent with 20 C.F.R. § 404.1545 and SSR 96-8p; and proceed with the sequential evaluation, as necessary.

Page 1        ORDER - [2:20-CV-01132-MAT]

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Judgment shall be entered for Plaintiff.

DATED this 7th day of January, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov